hyojinpackinf

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM

DEC - 4 2006

MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 06-00113 |
| Plaintiff, | **INFORMATION** |
| vs. | **CONSPIRACY TO COMMIT MARRIAGE FRAUD** |
| HYO JIN PACK, | [18 U.S.C. § 371] |
| Defendant. | |

THE UNITED STATES ATTORNEY CHARGES:

On or between September 8, 2006, to the November 9, 2006, within the District of Guam and elsewhere, the defendant herein, HYO JIN PACK, did unlawfully, willfully, and knowingly combine, conspire, confederate and agree with another person to commit an offense against the United States, to-wit: marriage fraud in violation of Title 8, U.S.C. § 1325(c), and did commit an overt act in furtherance of said conspiracy and to achieve the object thereof, to-wit:

//

//

-1-

by paying Rex Garrido $1,500 as a down payment to marry her, in violation of Title 18, United States Code, Section 371.

Dated this 4th day of December, 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: /s/ Karon V. Johnson
KARON V. JOHNSON
Assistant U.S. Attorney