| | | |
|---|---|---|
| **Criminal Case Cover Sheet** | | **U.S. District Court** |

**Place of Offense:**

City _____Hagåtña_____

Country/Parish _____

**Related Case Information:**

Superseding Indictment _____ Docket Number _06 - 00113_
Same Defendant ___X___      New Defendant _____
Search Warrant Case Number _____
R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes ____ No _X_     Matter to be sealed: ____ Yes _X_ No

Defendant Name _____Hyo Jin Pack_____

Alias Name _____

Address _____

Birthdate _xx/xx/1980_  SS# _None_  Sex _F_  Race _A_  Nationality _Korean_

**U.S. Attorney Information:**

AUSA _____Karon V. Johnson_____

Interpreter: ____ No _X_ Yes   List language and/or dialect: _Korean_

**RECEIVED**
**DEC - 6 2006**
**DISTRICT COURT OF GUAM**
**HAGATNA, GUAM**

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: __1__     ____ Petty ____ Misdemeanor _X_ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 | 18 USC 371 | Conspiracy to Commit Marriage Fraud | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |

(May be continued on reverse)

Date: _12/4/06_     Signature of AUSA: _Karon V Johnson_

**ORIGINAL**