# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# INITIAL APPEARANCE

CASE NO.: CR-06-00113　　　　　　　　　　DATE: December 07, 2006

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori　　　　　　Court Reporter: None Present
Courtroom Deputy: Leilani Toves Hernandez　　Electronically Recorded: 2:08:29 - 2:42:07
CSO: B. Pereda

**APPEARANCES:**

Defendant: Hyo Jin Pack　　　　　　　　Attorney: Richard Arens
☑ Present ☐ Custody ☐ Bond ☑ P.R.　　☑ Present ☐ Retained ☑ FPD ☐ CJA

U.S. Attorney: Karon Johnson　　　　　U.S. Agent: Erwin Fejeran, I.C.E.
U.S. Probation: Carleen Borja　　　　　U.S. Marshal: None Present
Interpreter: Sung Woo Yoon　　　　　　Language: Korean

**PROCEEDINGS: Initial Appearance re Information and Plea**
- Defendant sworn and examined.
- Waiver of Indictment executed.
- Defendant consented to enter her plea before a U.S. Magistrate Judge.
- Plea entered: Guilty to Conspiracy to Commit Marriage Fraud. Defendant entered her plea without a written plea agreement.
- Report and Recommendation executed by the Court.
- Sentencing set for: March 27, 2007 at 10:30 a.m.
- Presentence Report due to the parties: January 30, 2007
- Presentence Report due to the Court: March 9, 2007
- Defendant released on the same conditions previously imposed in CR-06-00050.
- Defense moved for a modification to condition (i) of the release conditions. Government had no objection. Motion granted.

NOTES:

The Court appointed the Federal Public Defender to represent the defendant.