O AO 455 (Rev. 5/85) Waiver of Indictment



**FILED**
DISTRICT COURT OF GUAM
DEC - 7 2006
MARY L.M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

UNITED STATES OF AMERICA

V.

HYO JIN PACK

WAIVER OF INDICTMENT

CASE NUMBER: 06-00113

I, HYO JIN PACK, the above named defendant, who is accused of

Conspiracy to Commit Marriage Fraud, in violation of Title 18, United States Code, Section 371.

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 12/7/2006 (Date) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

*Hyo Jin Pack*
Defendant

*[signature]*
Counsel for Defendant

Before *[signature]*
Judicial Officer
JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge

ORIGINAL