

FILED
DISTRICT COURT OF GUAM
DEC - 7 2006
MARY L.M. MORAN
CLERK OF COURT

# DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br>　vs.<br><br>HYO JIN PACK,<br><br>　　　　Defendant. | CRIMINAL CASE NO. 06-00113<br><br>**APPOINTMENT ORDER** |

IT IS HEREBY ORDERED that the **FEDERAL PUBLIC DEFENDER** is appointed to represent the defendant in the above-entitled case *nunc pro tunc* to December 4, 2006.

Dated this 7th day of December, 2006.

_____
JOAQUIN V. E. MANIBUSAN, JR., MAGISTRATE JUDGE
DISTRICT COURT OF GUAM

ORIGINAL