# United States District Court, District of Guam
# DIGITAL AUDIO RECORDING ORDER

*Read Instructions on Back*     (FOR PROCEEDINGS ON OR AFTER AUGUST 1, 2002)

| | | |
|---|---|---|
| 1. NAME<br>Richard P. Arens | 2. PHONE NUMBER<br>472-7111 | 3. DATE<br>12/12/06 |
| 4. MAILING ADDRESS<br>400 Route 8, Suite 501, FHB Building | 5. CITY<br>Mongmong | 6. STATE GU   7. ZIP CODE 96910 |
| 8. CASE NUMBER<br>06-00113 | 9. CASE NAME<br>Hyo Jin Pack | DATES OF PROCEEDINGS<br>10. FROM 12/7/06   11. TO 12/7/06 |
| 12. PRESIDING JUDICIAL OFFICIAL<br>Manibusan | | LOCATION OF PROCEEDINGS<br>13. CITY Hagatna   14. STATE Guam |

15. ORDER FOR
- [ ] APPEAL
- [ ] NON-APPEAL
- [x] CRIMINAL
- [ ] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER (Specify)

16. CD REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which duplicate CD(s) are requested.)

| PORTION(S) | DATE(S) | PORTION(S) | |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING (Spcy) | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☒ OTHER (Specify)<br>Change of Plea Hearing 12/7/06 | |
| ☐ SENTENCING | | | |
| ☐ BAIL HEARING | | | |

**FILED**
DISTRICT COURT OF GUAM
DEC 12 2006
MARY L.M. MORAN
CLERK OF COURT

17. ORDER

- [ ] CD - FTR Gold Format. This format must be played using FTR Player Plus ™ software, which will be included on the CD. This software allows the listener to navigate through the recording using time references from the actual proceeding.
- [ ] Audio CD Format - This format will play in any CD player. This format is limited to an hour or less.
- [x] Windows Audio Format - (wma) This format will play using Windows Media Player ™ software, as well as other 3rd party software.

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional) upon completion of the order.

18. SIGNATURE *Richard Arens*    19. DATE 12/12/06

PROCESSED BY *[signature]* 12-12-06

ORDER RECEIVED 12/12/06

ORDERING PARTY NOTIFIED TO PICK UP CD 12/12/06

PARTY RECEIVED CD 12/12/06

Case 1:06-cr-00113   Document 9   Filed 12/12/2006   Page 1 of 1