JOHN T. GORMAN
Federal Public Defender
District of Guam

RICHARD P. ARENS
Assistant Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
HYO JIN PACK

FILED
DISTRICT COURT OF GUAM
DEC 1 3 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 06-00113 |
| | ) | |
| Plaintiff, | ) | MOTION TO WITHDRAW GUILTY |
| | ) | PLEA |
| vs. | ) | |
| | ) | |
| HYO JIN PACK, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## MOTION TO WITHDRAW PLEA

COMES NOW the defendant, HYO JIN PACK, through counsel, Richard P. Arens, Assistant Federal Public Defender, and moves this Honorable Court to grant the withdrawal of defendant's guilty plea entered on December 7, 2006.

This motion is brought pursuant to Federal Rule of Criminal 11(d)(1) and the attached

Memorandum of Law.

DATED: Mongmong, Guam, December 13, 2006.

_____
RICHARD P. ARENS
Attorney for Defendant
HYO JIN PACK

## MEMORANDUM OF LAW

The Federal Rule of Criminal Procedure 11(d)(1) addresses defendant's right to withdraw guilty plea. Specifically, Rule 11 (d)(1) allows a defendant to withdraw a plea of guilty "before the court accepts the plea, for any reason or no reason." On December 7, 2006, Ms. Pack changed her plea from not guilty to guilty before the Honorable Magistrate Judge Joaquin V.E. Manibusan.

Ms. Pack pled guilty to an information charging her with Conspiracy to Commit Marriage Fraud in violation of 18 U.S.C. Section 371. Ms. Pack did not plead guilty pursuant to a plea agreement. Rather, she pled guilty to the facts contained in the information attached as Exhibit 1. After receiving notice that defendant was subpoenaed to appear before the Grand Juryon December 13, 2006, counsel and defendant met to discuss the supoeana and her testimony. It then became apparent that there was a serious material misunderstanding as to whether Jimmy Hseih was a co-conspirator.

Ms. Pack contends Mr. Hseih was not a co-conspirator and therefore due to this

serious factual error, Ms. Pack respectfully requests that her guilty be withdrawn.

DATED: Mongmong, Guam, December 13, 2006.

/s/ Richard P. Arens
RICHARD P. ARENS
Attorney for Defendant
HYO JIN PACK

3

1  hyojinpackinf

2  LEONARDO M. RAPADAS
   United States Attorney
3  KARON V. JOHNSON
   Assistant U.S. Attorney
4  Suite 500, Sirena Plaza
   108 Hernan Cortez Avenue
5  Hagatna, Guam 96910
   Telephone: (671) 472-7332
6  Telecopier: (671) 472-7334

7  Attorneys for the United States of America

## IN THE UNITED STATES DISTRICT COURT

## FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. _____ |
|---|---|
| Plaintiff, | ) |
| vs. | ) **INFORMATION** |
| HYO JIN PACK, | ) **CONSPIRACY TO COMMIT MARRIAGE FRAUD** |
| Defendant. | ) [18 U.S.C. § 371] |

THE UNITED STATES ATTORNEY CHARGES:

On or between September 8, 2006, to the November 9, 2006, within the District of Guam and elsewhere, the defendant herein, HYO JIN PACK, did unlawfully, willfully, and knowingly combine, conspire, confederate and agree with another person to commit an offense against the United States, to-wit: marriage fraud in violation of Title 8, U.S.C. § 1325(c), and did commit an overt act in furtherance of said conspiracy and to achieve the object thereof, to-wit:

//

//

-1-

DEFENDANT'S EXHIBIT
CASE NO. 06-00113
EXHIBIT NO. 2

Case 1:06-cr-00113   Document 10   Filed 12/13/2006   Page 4 of 6

1  by paying Rex Garrido $1,500 as a down payment to marry her, in violation of Title 18, United
2  States Code, Section 371.
3  Dated this _____ day of December, 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
KARON V. JOHNSON
Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I, ALEXANDER MODABER, hereby certify that a true and exact copy of the foregoing document was duly mailed and/or hand-delivered to the following on December 13, 2006:

KARON V. JOHNSON
Assistant United States Attorney
Sirena Plaza
108 Hernan Cortez, Ste. 500
Hagatna, Guam 96910

Attorney for Plaintiff
UNITED STATES OF AMERICA

DATED: Mongmong, Guam, December 13, 2006.

_____
ALEXANDER MODABER
Investigator

RICHARD P. ARENS
Attorney for Defendant
HYO JIN PACK