PS 40
(REV. 6/05)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

## NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT

**TO:** United States Department of State
Office of Passport Policy and Advisory Services
2100 Pennsylvania Avenue, NW, 3rd Floor
Washington, D.C. 20037

**FROM:** Judy Anne L. Ocampo, U.S. Probation Officer
District of Guam
2nd Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatna, Guam 96910

**FILED**

**DISTRICT COURT OF GUAM**

**DEC 14 2006**

[X] **Original Notice**          [ ] **Notice of Disposition**

| | | |
|---|---|---|
| Date: | **December 7, 2006** | Date: |
| By: | **Joaquin V.E. Manibusan, Jr.** **Magistrate Judge** | By: |

**MARY L.M. MORAN**
**CLERK OF COURT**

| | | | |
|---|---|---|---|
| Defendant: | **PACK, Hyo Jin** | Case Number: | **USDC CR. CS. NO. 06-00113-001** |
| Date of Birth: | **XX-XX-1980** | Place of Birth: | **Seoul, Korea** |
| SSN: | **N/A** | | |

**NOTICE OF COURT ORDER** (Order Date: **December 7, 2006** )

[X] The above-named defendant is not permitted to apply for the issuance of a passport during the pendency of this action.

[ ] The above-named defendant surrendered Passport Number _____ to the custody of the **U.S. District Court on Guam.**

## NOTICE OF DISPOSITION

The above case has been disposed of and the above order of the court is no longer in effect.

[ ] Defendant not convicted.

[ ] Defendant convicted.

Distribution:
Original to Clerk of Court
Original to Case File
Department of State
    ☐ Not Convicted - PS40/Passport returned to defendant.
    ☐ Not Convicted - PS40/Passport enclosed for further investigation due to evidence that the document may have been issued in a false name.
    ☐ Convicted - PS40 and copy of Judgment enclosed.
Defendant (or representative)

cr-00113    Document 11    Filed 12/14/2006    Page 1 of 1    **ORIGINAL**