UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF GUAM

UNITED STATES OF AMERICA )  CRIMINAL CASE NO. 06-00113-001
          Plaintiff, )
           )
vs. ) **INFORMATIONAL REPORT**
           )
HYO JIN PACK, )
          Defendant. )

On November 16, 2006, Hyo Jin Pack made an initial appearance before Magistrate Judge Joaquin V. E. Manibusan, Jr. A Complaint was filed and charged her with Attempted Marriage Fraud, in violation of 8 U.S.C. §1325(c), under CR06-00050. Ms Pack was granted pretrial release with conditions. On December 5, 2006, the Complaint was dismissed without prejudice.

On December 4, 2006, an Information was filed against Hyo Jin Pack which charged her with Conspiracy to Commit Marriage Fraud, in violation of 18 U.S.C. §371. On December 7, 2006, Ms. Pack appeared before Magistrate Judge Joaquin V.E. Manibusan, Jr. for a Filing of Information and Entry of Plea Hearing. A Sentencing date was scheduled for March 27, 2007. The Court allowed Ms. Pack's continued release on previously ordered conditions. However, Immigration and Customs Enforcement took her into their custody on an immigration detainer. On December 7, 2006, she was released from the administrative custody of Immigration and Customs Enforcement.

Respectfully submitted,

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: _____
JUDY ANNE L. OCAMPO
U.S. Probation Officer

Reviewed by:

_____
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc:    Karon Johnson, AUSA
        Anthony C. Perez, Defense Counsel
        File