JOHN T. GORMAN
Federal Public Defender
District of Guam

RICHARD P. ARENS
Assistant Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
HYO JIN PACK

FILED
DISTRICT COURT OF GUAM
DEC 21 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 06-00113 |
| | ) | |
| Plaintiff, | ) | NOTICE OF MOTION |
| | ) | |
| vs. | ) | |
| | ) | |
| HYO JIN PACK, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

TO: KARON V. JOHNSON
Assistant United States Attorney
Sirena Plaza
108 Hernan Cortez, Ste. 500
Hagatna, Guam 96910

PLEASE TAKE NOTICE that Motion to Withdraw Plea will be heard in the United States Courthouse, 4th Floor, 520 West Soledad Ave., Hagatna, Guam, on JAN - 3 2007 *at 10:30 am*, or

**ORIGINAL**

as soon as counsel may be heard.

DATED: Mongmong, Guam, December 21, 2006.

                                           */s/ Richard P. Arens*
                                           RICHARD P. ARENS
                                           Attorney for Defendant
                                           HYO JIN PACK

## CERTIFICATE OF SERVICE

I, ALEXANDER MODABER, hereby certify that a true and exact copy of the foregoing document was duly mailed and/or hand-delivered to the following on December 21, 2006:

KARON V. JOHNSON
Assistant United States Attorney
Sirena Plaza
108 Hernan Cortez, Ste. 500
Hagatna, Guam 96910

Attorney for Plaintiff
UNITED STATES OF AMERICA

DATED: Mongmong, Guam, December 21, 2006.

_____
ALEXANDER MODABER
Investigator

RICHARD P. ARENS
Attorney for Defendant
HYO JIN PACK