| | | | | |
|---|---|---|---|---|
| AO435 (Rev. 1/90) | | ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS<br>TRANSCRIPT ORDER | | FOR COURT USE ONLY<br>DUE DATE: |

Read Instructions on Back.

| 1. NAME | 2. PHONE NUMBER | 3. DATE |
|---|---|---|
| LUJAN AGUIGUI & PEREZ LLP | 477-8064/5 | December 22, 2006 |

| 4. MAILING ADDRESS | 5. CITY | 6. STATE | 7. ZIP CODE |
|---|---|---|---|
| Suite 300 Pacific News Building | Hagatna, | Guam | 96910 |

| 8. CASE NUMBER | 9. JUDICIAL OFFICIAL | DATES OF PROCEEDINGS |
|---|---|---|
| CR-06-~~00050-01~~ 00113 | | 10. FROM December 7, 2006  11. TO |

| 12. CASE NAME | LOCATION OF PROCEEDINGS |
|---|---|
| USA vs. Hye Jin Pack | 13. CITY Hagatna,   14. STATE Guam |

**15. ORDER FOR**
- [ ] APPEAL
- [XX] CRIMINAL
- [ ] CRIMINAL JUSTICE ACT
- [ ] BANKRUPTCY
- [ ] NON-APPEAL
- [ ] CIVIL
- [ ] IN FORMA PAUPERIS
- [ ] OTHER (Specify)

**16. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)
Change of Plea

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING (Spcy) | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☒ OTHER (Specify) | Change of Plea - December 7, 2006 |
| ☐ SENTENCING | | | |
| ☐ BAIL HEARING | | | |

**17. ORDER**

| CATEGORY | ORIGINAL (Includes Free Copy for the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☒ | ☐ | NO. OF COPIES | | |
| EXPEDITED | ☐ | ☐ | NO. OF COPIES | | |
| DAILY | ☐ | ☐ | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |

**CERTIFICATION (18. & 19.)**
By signing below, I certify that I will pay all charges (deposit plus additional).

18. SIGNATURE [signature]

19. DATE December 22, 2006

| | ESTIMATE TOTAL | |
|---|---|---|
| TRANSCRIPT TO BE PREPARED BY | PROCESSED BY | |
| | PHONE NUMBER | |
| | COURT ADDRESS | |

**FILED**
DISTRICT COURT OF GUAM
DEC 22 2006
MARY L.M. MORAN
CLERK OF COURT

(15)

| | DATE | BY |
|---|---|---|
| ORDER RECEIVED | 12/22/06 | PBN |
| DEPOSIT PAID | | DEPOSIT PAID |
| TRANSCRIPT ORDERED | | TOTAL CHARGES |
| TRANSCRIPT RECEIVED | | LESS DEPOSIT |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | TOTAL REFUNDED |
| PARTY RECEIVED TRANSCRIPT | | TOTAL DUE |

(Previous editions of this form may still be used)   ORIGINAL - COURT COPY   YELLOW - TRANSCRIPTION COPY   GREEN - ORDER RECEIPT   PINK - ORDER COPY