1  DAVID J. LUJAN, ESQ.,
   LUJAN AGUIGUI & PEREZ LLP
2  Attorney at Law
   Pacific News Building, Suite 309
3  238 Archbishop Flores Street
   Hagåtña, Guam 96910
4  Telephone (671) 475-5055
   Facsimile (671) 477-5445
5

6  *Attorney for Hyo Jin Pack*

**FILED**
DISTRICT COURT OF GUAM
DEC 27 2006
MARY L.M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. CR06-00113 |
| Plaintiff, | |
| vs. | SUBSTITUION OF ATTORNEY |
| HYO JIN PACK, | |
| Defendant. | |

Defendant, HYO JIN PACK, hereby substitutes the Law Office of LUJAN AGUIGUI & PEREZ LLP, as Attorney of Record in place of the Federal Public Defender.

Dated: 12/26/06

_Hyo Jin Pack_
HYO JIN PACK,

Federal Public Defender agree to the above substitution and hereby withdraw as Attorney of Record for Defendant herein.

Dated: 12/27/06

FEDERAL PUBLIC DEFENDER
ATTORNEY FOR DEFENDANT.

BY: _Richard Arens_
RICHARD ARENS

Substitution of Attorney
USA vs. HYO JIN PACK
P-0044

**ORIGINAL**

1  The Law Offices of LUJAN AGUIGUI & PEREZ LLP hereby enters its appearance as
2  Attorney of Record for Defendant herein.
3  Dated: 12-26-06

LUJAN AGUIGUI & PEREZ LLP,
ATTORNEYS FOR DEFENDANT.

BY: _____
DAVID J. LUJAN.

Substitution of Attorney
USA vs. HYO JIN PACK