**DAVID J. LUJAN, ESQ.,**
**LUJAN AGUIGUI & PEREZ LLP**
Attorney at Law
Pacific News Building, Suite 309
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 475-5055
Facsimile (671) 477-5445

*Attorney for Hyo Jin Pack*

# IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 06-00113 |
| Plaintiff, ) | |
| vs. ) | ORDER |
| HYO JIN PACK, ) | |
| Defendant. ) | |

The Substitution of Attorney filed on December 27, 2006, is hereby approved.

IT IS HEREBY ORDERED that the Law Office of LUJAN AGUIGUI & PEREZ LLP is hereby substituted as retained counsel of record for the Defendant in the above-captioned matter, in place of the Federal Public Defender..

**DATED** this 28th day of December 2006.

**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**

ORDER
USA vs. Hyo Jin Pack
CR06-00113