**LUJAN AGUIGUI & PEREZ** LLP
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Defendant Hyo Jin Pack*

**FILED**
DISTRICT COURT OF GUAM

DEC 29 2006

**MARY L.M. MORAN
CLERK OF COURT**

# IN THE UNITED STATES DISTRICT COURT OF GUAM

# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 06-00113 |
| Plaintiff, | |
| vs. | **STIPULATION FOR CONTINUANCE** |
| HYO JIN PACK, | |
| Defendant. | |

The parties hereby stipulate to continue the hearing on Defendant's Motion to Withdraw Guilty Plea currently scheduled for January 3, 2007, for at least one week.

SO STIPULATED this 29th day of December, 2006.

**LEONARDO M. RAPADAS**
**United States Attorney**
**Districts of Guam and NMI**

**LUJAN AGUIGUI& PEREZ** LLP

_____
**KARON V. JOHNSON, ESQ.**
*Assistant U.S. Attorney*

_____
**DELIA S. LUJAN, ESQ.**
*Attorney for Defendant Hyo Jin Pack*

P-0044/DSL:eol

ORIGINAL