LUJAN AGUIGUI & PEREZ LLP
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Defendant Hyo Jin Pack*



FILED
DISTRICT COURT OF GUAM
DEC 29 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT OF GUAM
## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>HYO JIN PACK,<br><br>Defendant. | CRIMINAL CASE NO. 06-00113<br><br>**JUSTIFICATION FOR CONTINUANCE** |

Counsel for the Defendant provides the following justification to continue the hearing currently scheduled for January 3, 2007:

1. The Defendant recently retained new counsel and such counsel needs additional time to review the file to prepare for the hearing;

2. Continuing the sentencing is requested in the interests of justice.

3. The Government has no objection to the continuance.

Respectfully submitted this 29th day of December, 2006.

**LUJAN AGUIGUI & PEREZ LLP**

By: _____
**DELIA S. LUJAN, ESQ.**
*Attorney for Defendant Hyo Jin Pack*

P-0044/DSL:eol