LUJAN AGUIGUI & PEREZ LLP
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Defendant Hyo Jin Pack*

FILED
DISTRICT COURT OF GUAM

DEC 29 2006

MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT OF GUAM

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>HYO JIN PACK,<br><br>　　　　　Defendant. | CRIMINAL CASE NO. 06-00113<br><br>**ORDER GRANTING STIPULATION FOR CONTINUANCE** |

Whereas, the Stipulation for Continuance was filed on December 29, 2006.

Whereas, the Court having reviewed the record of the proceedings and papers filed herein, and being fully apprised in the premises, **NOW THEREFORE,**

**IT IS HEREBY ORDERED** that the Stipulation for Continuance is hereby granted. The hearing previously set for January 3, 2007 is continued until January 10, 2007 at 9: 30 a.m.

Dated: 12/29/06

Frances M. Tydingco-Gatewood
Chief Judge
District Court of Guam

P-0044/DSL:eol

ORIGINAL