ORIGINAL

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
JAN -5 2007
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 06-00113 |
| Plaintiff, | |
| vs. | STIPULATION TO CONTINUE MOTION HEARING |
| HYO JIN PACK, | |
| Defendant. | |

The parties in the above-entitled matter, the United States of America, and the defendant, through her counsel, Delia S. Lujan, Esq., hereby stipulate to continue Defendant's Motion to Withdraw Guilty Plea hearing, now set for January 10, 2007, to January 16, 2007, at 10:00 a.m.

The parties make this request for the reason that counsel for the government, Assistant U.S. Attorney Karon Johnson, is currently off-island for an appearance before the Ninth Circuit Court of Appeals, and will not be able to return to Guam by the currently scheduled hearing date.

SO STIPULATED this 5th day of January, 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

By: _____
KARON V. JOHNSON
Assistant U.S. Attorney

_____
DELIA S. LUJAN, ESQ.
Attorney for Defendant