LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 06-00113 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **ORDER GRANTING STIPULATION TO CONTINUE MOTION HEARING** |
| HYO JIN PACK, | ) | |
| Defendant. | ) | |

Whereas, the Stipulation to Continue Motion Hearing was filed on January 5, 2007.

Whereas, the Court having reviewed the record of the proceedings and papers filed herein, and being fully apprised in the premise, **NOW THEREFORE,**

**IT IS HEREBY ORDERED** that the Stipulation to Continue Motion Hearing is hereby granted. The hearing previously set for January 10, 2007 is continued to January 16, 2007 at 10:00 a.m. The court finds that the ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial.

In addition, as of December 29, 2006 the court hereby orders *nunc pro tunc* that the time be excluded from the speedy trial clock until January 16, 2007.

Dated: 1/08/07

Frances M. Tydingco-Gatewood
Chief Judge
District Court of Guam