**IN THE DISTRICT COURT OF GUAM**
                    **TERRITORY OF GUAM**
                    **CRIMINAL MINUTES**
                    **GENERAL**

CASE NO.: CR-06-00113                    DATE: January 16, 2007

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Kim R. Walmsley            Court Reporter: Wanda Miles
Courtroom Deputy: Virginia T. Kilgore  Electronically Recorded: 9:59:43 - 10:17:06
CSO: F. Tenorio

**APPEARANCES:**
Defendant: Hyo Jin Pack                Attorney: Peter Perez
☑ Present ☐ Custody ☐ Bond ☑ P.R.      ☑ Present ☑ Retained ☐ FPD ☐ CJA
U.S. Attorney: Karon Johnson           U.S. Agent:
U.S. Probation: Carleen Borja          U.S. Marshal: G. Perez
Interpreter: Sung Woo Yoon / John Song  Language: Korean

**PROCEEDINGS: Motion to Withdraw Plea of Guilty**
- Motion <u>granted</u>. No further written order will be forthcoming.
- Further Proceedings Hearing set for: <u>January 24, 2007 at 10:00 A.M.</u>
- Defendant released as previously ordered.

NOTES: