# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# GENERAL

CASE NO.: CR-06-00113-001　　　　　　　　　DATE: January 24, 2007

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Kim R. Walmsley　　　　　　Court Reporter: Wanda Miles
Courtroom Deputy: Leilani Toves Hernandez　　Electronically Recorded: 10:24:54 - 10:26:33
CSO: F. Tenorio / J. Lizama

**APPEARANCES:**

Defendant: Hyo Jin Pack　　　　　　　　　Attorney: Peter Perez
☑ Present ☐ Custody ☐ Bond ☑ P.R.　　　☑ Present ☑ Retained ☐ FPD ☐ CJA
U.S. Attorney: Karon Johnson　　　　　　U.S. Agent: Erwin Fejeran, I.C.E.
U.S. Probation: Carleen Borja　　　　　　U.S. Marshal: None Present
Interpreter: Sung Woo Yoon　　　　　　　Language: Korean

**PROCEEDINGS: Further Proceedings**
- Government advised the Court that there is another case against the defendant which is pending before the Grand Jury.
- Court stated that a hearing will be set upon the return of the Grand Jury.
- Defendant released as previously ordered.

NOTES: