LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 06-00113 |
| Plaintiff, | |
| vs. | **O R D E R**<br>**re United States' Motion to**<br>**Dismiss Information** |
| HYO JIN PACK, | |
| Defendant. | |

IT IS SO ORDERED that the Information in the above entitled cause is hereby dismissed without prejudice on this 2nd day of February 2007.

**/s/ Hon. Frances M. Tydingco-Gatewood**
**Chief Judge**