UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF GUAM

## NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT

TO: United States Department of State
Office of Passport Policy and Advisory Services
2100 Pennsylvania Avenue, NW, 3rd Floor
Washington, D.C. 20037

FROM: Judy Anne L. Ocampo, U.S. Probation Officer
District of Guam
2nd Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatna, Guam 96910

[X] **Original Notice**   [X] **Notice of Disposition**

Date: **December 7, 2006**            Date: **February 2, 2007**

By: **Joaquin V.E. Manibusan, Jr.**   By: **Frances M. Tydingco-Gatewood**
    **Magistrate Judge**                  **Chief Judge**

---

Defendant: **PACK, Hyo Jin**            Case Number: **USDC CR. CS. NO. 06-00113-001**
Date of Birth: **XX-XX-1980**           Place of Birth: **Seoul, Korea**
SSN: **N/A**

FILED
DISTRICT COURT OF GUAM
FEB -7 2007
MARY L.M. MORAN
CLERK OF COURT

NOTICE OF COURT ORDER (Order Date: **December 7, 2006**)

[X] The above-named defendant is not permitted to apply for the issuance of a passport during the pendency of this action.

[ ] The above-named defendant surrendered Passport Number _____ to the custody of the **U.S. District Court on Guam.**

### NOTICE OF DISPOSITION

The above case has been disposed of and the above order of the court is no longer in effect.

[X] Defendant not convicted. **CASE DISMISSED WITHOUT PREJUDICE ON FEBRUARY 2, 2007.**

[ ] Defendant convicted.

---

Distribution:
Original to Clerk of Court
Original to Case File
Department of State
  [ ] Not Convicted - PS40/Passport returned to defendant.
  [ ] Not Convicted - PS40/Passport enclosed for further investigation due to evidence that the document may have been issued in a false name.
  [ ] Convicted - PS40 and copy of Judgment enclosed.
Defendant (or representative)